# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | |
| v. | : | CRIMINAL NO. 11-30024-DRH |
| ED E. COSBY, JR., | : | |
| DEFENDANT. | : | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

**HERNDON, Chief Judge:**

On August 1, 2011, this court entered an order for forfeiture against defendant Ed E. Cosby, Jr., for the following property which had been seized from the defendant, namely:

**One Jennings, Model 25, .25 caliber semi-automatic pistol, bearing serial number 292525;**

**One Rossi, Model 62 SA, .22 LR caliber rifle, bearing serial number G473336;**

**One Stevens, Model 9400, 12 gauge single shot shotgun, bearing no serial number;**

**One Chinese, Model SKS, 7.62 x 39mm caliber semi-automatic rifle, bearing serial number 9101626;**

**One Izhmash, Model SAIGA, 7.62 x 39mm caliber semi-automatic rifle, bearing serial number H02105183; and**

**Any and all ammunition contained therein or seized therewith.**

The order further provided that the government would provide an opportunity

for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning January 27, 2012, and ending February 25, 2012, and that no third party filed a petition within 30 days after the last date of publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on August 1, 2011, namely:

> **One Jennings, Model 25, .25 caliber semi-automatic pistol, bearing serial number 292525;**
>
> **One Rossi, Model 62 SA, .22 LR caliber rifle, bearing serial number G473336;**
>
> **One Stevens, Model 9400, 12 gauge single shot shotgun, bearing no serial number;**
>
> **One Chinese, Model SKS, 7.62 x 39mm caliber semi-automatic rifle, bearing serial number 9101626;**
>
> **One Izhmash, Model SAIGA, 7.62 x 39mm caliber semi-automatic rifle, bearing serial number H02105183; and**
>
> **Any and all ammunition contained therein or seized therewith.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The

destruction may be done at such time and location and by such persons as designated by the United States Marshal or the Bureau of Alcohol, Tobacco, Firearms and Explosives.

**IT IS SO ORDERED.**

**DATED: May 2, 2012**

Digitally signed by David R. Herndon
Date: 2012.05.02 13:36:24 -05'00'

**Chief Judge
United States District Court**